**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Nancy Doig | No.   10-47644 |
| Debtor | Hon.  Deborah L. Thorne |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on May 12, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                                                _____/s/ Ross Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Jason Blust and Marilyn O Marshall on May 12, 2016.

                                                _____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Nancy Doig
13001 Sioux Lane
Palos Heights, IL 60463

Marilyn O Marshall
224 South Michigan
Chicago, IL 60604

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Drive, Ste. 300
Chicago, IL 60606