**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:  Nancy Doig  Debtor(s) | Case No. 10 B 47644 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/25/2010.

2) The plan was confirmed on 01/20/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Completed on 11/19/2015.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $74,819.47.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $79,999.60 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $79,999.60

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,805.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,372.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,177.90

Attorney fees paid and disclosed by debtor:  $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAC Home Loan Servicing LP | Secured | 77,159.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Carson Pirie Scott & Co | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA NA | Unsecured | 8,150.65 | 8,729.58 | 8,729.58 | 3,933.44 | 0.00 |
| Chase Manhattan Mortgage Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 5,232.00 | NA | NA | 0.00 | 0.00 |
| Citifinancial Retail | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citizens National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| College Assist | Unsecured | 49,555.00 | 52,001.30 | 52,001.30 | 4,713.65 | 0.00 |
| Department Stores National Bank | Unsecured | 546.00 | 503.69 | 503.69 | 226.96 | 0.00 |
| Discover Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fannie Mae | Secured | 91,622.00 | 91,252.39 | 91,252.39 | 0.00 | 0.00 |
| Fannie Mae | Unsecured | NA | 8,969.51 | 8,969.51 | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC Bank Nevada NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 541.86 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 931.98 | 931.98 | 419.94 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 7,153.12 | 6,091.24 | 6,091.24 | 6,091.24 | 0.00 |
| JB Robinson Jewelers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JB Robinson Jewelers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 143,525.15 | 8,783.15 | 8,783.15 | 8,783.15 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 143,525.15 | 127,864.23 | 127,864.23 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Unsecured | 30,511.00 | 29,930.04 | 29,930.04 | 13,486.05 | 0.00 |
| Kohl's/Kohl's Dept Stores | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lease Com | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lowe's Home Improvement | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Macys Retail Holdings Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Macys Retail Holdings Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Macys Retail Holdings Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mortgage Lender Services Inc | Secured | 84,467.60 | NA | NA | 0.00 | 0.00 |
| National Collegiate Trust | Unsecured | 28,413.00 | 29,042.45 | 29,042.45 | 13,086.17 | 0.00 |
| Nelnet Student Loan Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nelnet Student Loan Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nelnet Student Loan Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nelnet Student Loan Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Newport News | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | NA | 1,342.12 | 1,342.12 | 604.75 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 3,511.00 | 3,947.97 | 3,947.97 | 1,778.91 | 0.00 |
| Palos Bank & Trust Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 3,481.60 | NA | NA | 0.00 | 0.00 |
| Peoples Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Planera Bresnahan Del Rio | Unsecured | 1,557.79 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 9,795.00 | 11,473.61 | 11,473.61 | 5,169.86 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,023.00 | 1,177.12 | 1,177.12 | 530.40 | 0.00 |
| PYOD | Unsecured | 6,292.00 | 7,217.48 | 7,217.48 | 3,252.10 | 0.00 |
| Quantum Servicing Corporation | Secured | 80,000.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 744.00 | 899.61 | 899.61 | 405.36 | 0.00 |
| Receivables Management Inc | Unsecured | 450.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| Renuka H Bhatt | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| Rnb Fields3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 191,547.72 | 171,075.08 | 171,075.08 | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 191,547.72 | 12,339.72 | 12,339.72 | 12,339.72 | 0.00 |
| Target | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF Mortgage Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $298,939.31 | $0.00 | $0.00 |
| Mortgage Arrearage | $21,122.87 | $21,122.87 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $91,252.39 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$411,314.57** | **$21,122.87** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,091.24 | $6,091.24 | $0.00 |
| **TOTAL PRIORITY:** | **$6,091.24** | **$6,091.24** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$156,616.46** | **$47,607.59** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,177.90 |
| Disbursements to Creditors | $74,821.70 |
| **TOTAL DISBURSEMENTS :** | **$79,999.60** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/16/2016                 By: /s/ Marilyn O. Marshall
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**